Law Offices of
# STEWART LEE KARLIN, P.C.

**Attorney At Law**
**9 Murray Street, Suite 4W**
**New York, New York 10007**
**(212) 792-9670/Office**
**(212) 732-4443/Fax**

edlawkarlin@aol.com

| | |
|---|---|
| MEMBER OF THE BAR<br>NEW YORK & FLORIDA | Concentrating in Employment, Insurance and<br>Education Law |

June 21, 2012

**Via Fax to (631) 712-5642 and ECF**
Honorable Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722-4451

    Re:    Nathaniel C. Harris v. Erick. Shinsek I, Secretary. Department of Veteran Affairs,
            10-CIV-01789-LDW

Dear Judge Wexler:

    Plaintiff is writing to advise the Court that the above referenced matter set for trial on June 25, 2012 has settled.

    Thank you for your consideration in this matter.

Respectfully submitted,

*s/Stewart Lee Karlin*
STEWART LEE KARLIN


SLK:nm
cc:    Kenneth Abell,, Assistant U.S. Attorney.